**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

| | | |
|---|---|---|
| MILTON LARRY WATTS, | : | |
| Plaintiff, | : | |
| v. | : | 6:06-CV-26 (WLS) |
| JOHN RICHARD, et. al., | : | |
| Defendants. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed on January 9, 2007. (Doc. 34). It is recommended that Defendants' Motion for Summary Judgment (Doc. 20) be granted. No objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 34) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 20) is **GRANTED**.

**SO ORDERED**, this __25th__ day of May, 2007.

      /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

---

[1] In the Recommendation, the Magistrate Judge noted that on October 17, 2006, the Court issued a Notice of Motion for Summary Judgment which was mailed to the Plaintiff at his last know address by the clerk's office on the same date. (Doc. 30). Said Notice was returned in the mail as undeliverable on October 26, 2006. (Doc. 33). After notifying the clerk's office that he had been returned to the Thomas County, (Doc. 19), Plaintiff thereafter failed to file another change of address and or any motions or documents since October 16, 2006.

Upon review, the Court finds that there is nothing in the record that indicates that Plaintiff has been prevented from keeping the Court advised of his current address.